RECEIVED
NOV 16 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

03-2172 dab

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEVARGAS L. BROWN,<br>Defendant/Appellant,<br>vs.<br>UNITED STATES OF AMERICA,<br>Respondent/Appellee. | Case Nos: CR-02-101-JRT/FLN<br>CV-05-1428 |

NOTICE OF APPEAL

Notice is hereby given that Defendant LeVargas L. Brown appeals to the United States Court of Appeals for the Eighth Circuit from the September 8, 2005, Order-Judgment denying Defendant's Motion for Relief Pursuant to 28 U.S.C. § 2255. See attached copy of Order.

Pursuant to 28 U.S.C. § 2253(c), a Motion for Certificate of Appealability, with Supporting Brief, has been filed with the District Court contemporaneously with this Notice of Appeal.

Respectfully submitted,

LeVargas L. Brown
LeVargas L. Brown

RECEIVED
NOV 14 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN



SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL