UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEVARGAS L. BROWN,<br>Defendant/Appellant,<br>vs.<br>UNITED STATES OF AMERICA,<br>Respondent/Appellee. | Case Nos: CR-02-101-JRT/FLN<br>CV-05-1428 |

# MOTION FOR CERTIFICATE OF APPEALABILITY

Defendant, LeVargas L. Brown, pro se, pursuant to 28 U.S.C. § 2253 and F.R.A.P. Rule 22, hereby moves the Honorable Court to issue a Certificate of Appealability so that he may pursue an appeal of this Court's denial of his 28 U.S.C. § 2255 motion to the Eight Circuit Court of Appeals. In furtherance of said motion, Defendant shows to this Court as follows:

1. On September 8, 2005, this Court entered a Judgment denying Defendant's motion under 28 U.S.C. § 2255.

2. Notice of Appeal was filed contemporaneously with this motion on October 29, 2005.

3. The issues that Defendant seeks to have certified for appealibility are:

(a) Whether counsel was ineffective on direct appeal for failing to challenge Defendant's sentence under Apprendi,

RECEIVED
NOV 14 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN



SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL

in order to preserve the Defendant's appellate rights to further challenge his guideline sentence as a career offender under Blakely and Booker?

(b) Whether the District Court abused its discretion at sentencing by finding that it did not possess the authority to grant a downward departure in Defendant's sentence as a career offender under the guidelines?

4. A Brief in Support of Defendant's Motion for Certificate of Appealability is submitted to the Court along with this motion.

5. Wherefore, Defendant requests that this Court issue a Certificate of Appealability so that he may pursue the denial of his 28 U.S.C. § 2255 motion to the Eighth Circuit Court of Appeals.

Respectfully submitted,

LeVargas L. Brown