## CERTIFICATE OF SERVICE

I hereby certify that on this, the 29th day of October, 2005, a true and correct copy of the foregoing:

Notice of Appeal

was sent via first-class mail, postage prepaid, to the following parties:

Andrew Dunne
Assistant United States Attorney
600 United States Courthouse
300 South 4th Street
Minneapolis, MN 55415

## VERIFICATION

I declare under penalty of perjury that the foregoing is correct according to the best of my information, knowledge, and belief.

Date: 11-01-05

LeVargas L. Brown
LeVargas L. Brown
#10349-041, Unit D
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED
NOV 14 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN



SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL