UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

LEVARGAS L. BROWN,

Defendant/Appellant,

v.

UNITED STATES OF AMERICA,

Respondent/Appellee.

Docketing Statement

Case Nos: CR-02-101-JRT/FLN
CV-05-1428

RECEIVED
NOV 14 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

## I. JURISDICTION OF THE DISTRICT COURT

The District Court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 2255.

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the United States District Court for the District of Minnesota entered on September 8, 2005 by the Honorable John R. Tunheim.

The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court on October 29, 2005.

Dated at Waseca, MN, this 31st day of October, 2005.

Federal Correctional Institution
P.O. Box 1731, Unit D
Waseca, MN 56093

LeVargas L. Brown
#10349-041

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL