JUN 02 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

4/30/08

The Honorable John R. Tunheim
United States District Court
District of Minnesota
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, Mn. 55415

Def's request to appoint counsel

Re: Levarges L. Brown v. United States of America,
Case No. CR 02-101 JRT/FLN

Dear Honorable Tunheim:

Please accept this missive as my request for your assistance in this matter.

On December 11, 2007 - The United States Sentencing Commission unanimously voted to give retroactive effect to a recent amendment to the Federal Sentencing Guidelines that reduces penalties by two levels for crack cocaine offenses. The effective date is March 3, 2008 on retroactivity on said amendment. My question to you Honorable Judge Tunheim, by I'm not knowledgeable in litigating Federal law or financally stable in hiring an attorney, could you appoint me an attorney to assist me in this serious matter.

In advance, "Thank you for your time and consideration. Your assistance is most appreciated!"

SCANNED
JUN 02 2008
U.S. DISTRICT COURT ST. PAUL

Sincerely Yours,
LeVarges Brown