UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-101 JRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| LEVARGES LENARD BROWN, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

02-101 JRT

Defendant Name

Levarges L. Brown

Remove AUSA

Andrew S. Dunne

Add AUSA

Christopher R. Wolfe

Dated: June 2, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney