**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 02-101 (JRT/FLN)

Plaintiff,

v. **ORDER**

LEVARGES LENARD BROWN,

Defendant.

---

Jeff Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Douglas Olson, Assistant Federal Public Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Upon the motion by defendant for appointment of counsel, the Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel is assigned.

**IT IS HEREBY ORDERED** that defendant's motion for appointment of counsel [docket no. 71] is **GRANTED**. Counsel is appointed pursuant to 18 U.S.C. § 3006A.

DATED: June 9, 2008
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge